**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 02-7901**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIE L. BOSTON, III,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. N. Carlton Tilley, Jr., Chief District Judge. (CR-99-98, CA-00-962)

―――――――――

Submitted: March 12, 2003          Decided: March 27, 2003

―――――――――

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Willie L. Boston, III, Appellant Pro Se. OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie L. Boston, III, seeks to appeal the district court's May 31, 2002, order and judgment accepting the magistrate judge's May 2, 2001, report and recommendation and denying relief on Boston's 28 U.S.C. § 2255 (2000) motion, and the district court's October 21, 2002, order denying Boston's motion for reconsideration and non-publication. We have independently reviewed the record and cannot conclude that reasonable jurists would find the district court's rulings debatable. Accordingly, we grant Boston's pending motion for non-publication of this Court's opinion, deny a certificate of appealability, and dismiss the appeal. 28 U.S.C. § 2253(c) (2000); Miller-El v. Cockrell, ___ U.S. ___, 2003 WL 431659, at *11 (U.S. Feb. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

DISMISSED

2